# Earnings Statement

Page 001 of 001

Universal Protection Service, LLC

*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA 19428*

| Period Beg/End | 07/12/2024 - 07/18/2024 |
|---|---|
| Advice Date: | 07/25/2024 |
| Advice Number: | 101401537 |
| Batch Number: | 116091 |
| Employee No: | 9475922 |

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | $0 | $0.00 | Single |
| State: | 0 | $0.00 | |

Diara Graves
6630 Lotus Rd
Philadelphia, PA 19151-2344

**For inquiries on this statement please call: (800)260-0852**
Total Hours Worked: 39.00
Basis of Pay: Hourly

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 1139.75 | 28311.49 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 1139.75 | 28311.49 |
| **Deductions** | | |
| Pre-tax | .00 | .00 |
| Taxes | 265.34 | 6377.04 |
| Additional Deductions | .00 | .00 |
| Total Deductions | 265.34 | 6377.04 |
| NET PAY | $874.41 | $21,934.45 |
| Federal Earnings | 1139.75 | 28311.49 |
| FICA Earnings | 1139.75 | 28311.49 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|

**Pre-Tax Deductions**

| Wages | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|
| WkEnding Type | | | | | |
| 07/18/24 Regular | 24.250 | | 39.00 | | |
| 07/18/24 Vacation Bu | 24.250 | | 6.00 | | |
| 07/18/24 Vacation | 24.250 | | 2.00 | | |
| Total | | | 47.00 | .00 | .00 |

**Taxes**

| | Current | YearToDate |
|---|---|---|
| Federal W/H | 98.62 | 2229.59 |
| FICA | 70.66 | 1755.30 |
| Medicare | 16.53 | 410.50 |
| PA W/H | 34.99 | 869.15 |
| PA SUI W/H | .80 | 19.80 |
| PA, Philadelphia Cit | 42.74 | 1061.70 |
| PA LST, Newtown Twp | 1.00 | 31.00 |

**Additional Deductions**

| Benefits | Balance |
|---|---|
| Vacation | 14.31 |

Universal Protection Service, LLC
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

| Advice Number: | 101401537 |
|---|---|
| Advice Date: | 07/25/2024 |

| Deposited to the account of | Account Number | Amount | Account Number | Amount |
|---|---|---|---|---|
| Diara Graves | XXXXXXXX7485 | 674.41 | XXXX8901 | 200.00 |

**NON-NEGOTIABLE**

**Earnings Statement**

Page 001 of 001

Universal Protection Service, LLC

*161 Washington Street, Suite 600*
*Eight Tower Bridge*
Conshohocken, PA  19428

| Period Beg/End | 07/19/2024 - 07/25/2024 |
|---|---|
| Advice Date: | 08/01/2024 |
| Advice Number: | 101650153 |
| Batch Number: | 116316 |
| Employee No: | 9475922 |

| Exemptions | Addl | Status |
|---|---|---|
| Fed: | $0 | $0.00 | Single |
| State: | 0 | $0.00 |

Diara Graves
6630 Lotus Rd
Philadelphia, PA  19151-2344

**For inquiries on this statement please call: (800)260-0852**
Total Hours Worked:       24.00
Basis of Pay:             Hourly

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 776.00 | 29087.49 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 776.00 | 29087.49 |
| **Deductions** | | |
| Pre-tax | .00 | .00 |
| Taxes | 168.79 | 6545.83 |
| Additional Deductions | .00 | .00 |
| Total Deductions | 168.79 | 6545.83 |
| NET PAY | $607.21 | $22,541.66 |
| Federal Earnings | 776.00 | 29087.49 |
| FICA Earnings | 776.00 | 29087.49 |

| Wages | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|
| WkEnding Type | | | | | |
| 07/25/24 Regular | 24.250 | | 24.00 | | |
| 07/25/24 Vacation | 24.250 | | 8.00 | | |
| Total | | | 32.00 | .00 | .00 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|

**Pre-Tax Deductions**

| Taxes | Current | YearToDate |
|---|---|---|
| Federal W/H | 54.97 | 2284.56 |
| FICA | 48.11 | 1803.41 |
| Medicare | 11.25 | 421.75 |
| PA W/H | 23.82 | 892.97 |
| PA SUI W/H | .54 | 20.34 |
| PA, Philadelphia Cit | 29.10 | 1090.80 |
| PA LST, Newtown Twp | 1.00 | 32.00 |

**Additional Deductions**

| Benefits | Balance |
|---|---|
| Vacation | 7.08 |

| | Advice Number: | 101650153 |
|---|---|---|
| | Advice Date: | 08/01/2024 |

**Universal Protection Service, LLC**
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Diara Graves | XXXXXXXX7485 | 607.21 |

**NON-NEGOTIABLE**

# Earnings Statement

Universal Protection Service, LLC

*161 Washington Street, Suite 600*
*Eight Tower Bridge*
Conshohocken, PA  19428

| | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | $0 | $0.00 | Single |
| State: | 0 | $0.00 | |

**For inquiries on this statement please call: (800)260-0852**

Total Hours Worked:  27.50
Basis of Pay:  Hourly

Page 001 of 001
Period Beg/End      07/26/2024 - 08/01/2024
Advice Date:        08/08/2024
Advice Number:      101883848
Batch Number:       116557
Employee No:        9475922

Diara Graves
6630 Lotus Rd
Philadelphia, PA  19151-2344

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 666.88 | 29754.37 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 666.88 | 29754.37 |
| **Deductions** | | |
| Pre-tax | .00 | .00 |
| Taxes | 139.84 | 6685.67 |
| Additional Deductions | .00 | .00 |
| Total Deductions | 139.84 | 6685.67 |
| NET PAY | $527.04 | $23,068.70 |
| Federal Earnings | 666.88 | 29754.37 |
| FICA Earnings | 666.88 | 29754.37 |

| Wages | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|
| WkEnding Type | | | | | |
| 08/01/24 Regular | 24.250 | | 27.50 | | |
| Total | | | 27.50 | .00 | .00 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| | | |

**Pre-Tax Deductions**

| Taxes | | |
|---|---|---|
| Federal W/H | 41.87 | 2326.43 |
| FICA | 41.35 | 1844.76 |
| Medicare | 9.67 | 431.42 |
| PA W/H | 20.47 | 913.44 |
| PA SUI W/H | .47 | 20.81 |
| PA, Philadelphia Cit | 25.01 | 1115.81 |
| PA LST, Newtown Twp | 1.00 | 33.00 |

**Additional Deductions**

| Benefits | | Balance |
|---|---|---|
| Vacation | | 7.85 |

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA  19428

Advice Number:     101883848

Advice Date:       08/08/2024

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Diara Graves | XXXXXXXX7485 | 527.04 |

**NON-NEGOTIABLE**

# Earnings Statement

Universal Protection Service, LLC

*161 Washington Street, Suite 600*
*Eight Tower Bridge*
Conshohocken, PA  19428

| | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | $0 | $0.00 | Single |
| State: | 0 | $0.00 | |

**For inquiries on this statement please call: (800)260-0852**
Total Hours Worked:    40.00
Basis of Pay:    Hourly

Page 001 of 001

| | |
|---|---|
| Period Beg/End | 08/02/2024 - 08/08/2024 |
| Advice Date: | 08/15/2024 |
| Advice Number: | 102130241 |
| Batch Number: | 116774 |
| Employee No: | 9475922 |

Diara Graves
6630 Lotus Rd
Philadelphia, PA  19151-2344

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 980.00 | 30734.37 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 980.00 | 30734.37 |
| **Deductions** | | |
| Pre-tax | .00 | .00 |
| Taxes | 222.95 | 6908.62 |
| Additional Deductions | .00 | .00 |
| Total Deductions | 222.95 | 6908.62 |
| NET PAY | $757.05 | $23,825.75 |
| Federal Earnings | 980.00 | 30734.37 |
| FICA Earnings | 980.00 | 30734.37 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| **Pre-Tax Deductions** | | |

| Wages | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|
| WkEnding Type | | | | | |
| 08/08/24 Regular | 24.500 | | 40.00 | | |
| Total | | | 40.00 | .00 | .00 |

| Taxes | Current | YearToDate |
|---|---|---|
| Federal W/H | 79.45 | 2405.88 |
| FICA | 60.76 | 1905.52 |
| Medicare | 14.21 | 445.63 |
| PA W/H | 30.09 | 943.53 |
| PA SUI W/H | .69 | 21.50 |
| PA, Philadelphia Cit | 36.75 | 1152.56 |
| PA LST, Newtown Twp | 1.00 | 34.00 |
| **Additional Deductions** | | |

| Benefits | | Balance |
|---|---|---|
| Vacation | | 8.62 |

**Universal Protection Service, LLC**
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

| | |
|---|---|
| Advice Number: | **102130241** |
| Advice Date: | **08/15/2024** |

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| **Diara Graves** | XXXXXXXX7485 | 757.05 |

**NON-NEGOTIABLE**

## Earnings Statement

Page 001 of 001

Universal Protection Service, LLC

*161 Washington Street, Suite 600*
*Eight Tower Bridge*
Conshohocken, PA 19428

| | Period Beg/End | 08/09/2024 - 08/15/2024 |
|---|---|---|
| | Advice Date: | 08/22/2024 |
| | Advice Number: | 102363786 |
| | Batch Number: | 116980 |
| | Employee No: | 9475922 |

| | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | $0 | $0.00 | Single |
| State: | 0 | $0.00 | |

Diara Graves
6630 Lotus Rd
Philadelphia, PA 19151-2344

**For inquiries on this statement please call: (800)260-0852**
Total Hours Worked:    40.00
Basis of Pay:    Hourly

| Gross Pay | Current | YearToDate | | Misc Income/Adj | Current | YearToDate |
|---|---|---|---|---|---|---|
| Wages | 980.00 | 31714.37 | | | | |
| Misc Income/Adj | .00 | .00 | | | | |
| Total Gross Pay | 980.00 | 31714.37 | | | | |
| **Deductions** | | | | | | |
| Pre-tax | .00 | .00 | | **Pre-Tax Deductions** | | |
| Taxes | 222.95 | 7131.57 | | | | |
| Additional Deductions | .00 | .00 | | | | |
| Total Deductions | 222.95 | 7131.57 | | | | |
| NET PAY | $757.05 | $24,582.80 | | | | |
| Federal Earnings | 980.00 | 31714.37 | | | | |
| FICA Earnings | 980.00 | 31714.37 | | | | |

| Wages | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|
| WkEnding Type | | | | | |
| 08/15/24 Regular | 24.500 | | 40.00 | | |
| | Total | | 40.00 | .00 | .00 |

| Taxes | | |
|---|---|---|
| Federal W/H | 79.45 | 2485.33 |
| FICA | 60.76 | 1966.28 |
| Medicare | 14.21 | 459.84 |
| PA W/H | 30.09 | 973.62 |
| PA SUI W/H | .69 | 22.19 |
| PA, Philadelphia Cit | 36.75 | 1189.31 |
| PA LST, Newtown Twp | 1.00 | 35.00 |
| **Additional Deductions** | | |

| Benefits | | Balance |
|---|---|---|
| Vacation | | 9.39 |

| | Advice Number: | 102363786 |
|---|---|---|

**Universal Protection Service, LLC**
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA 19428**

| | Advice Date: | 08/22/2024 |
|---|---|---|

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| **Diara Graves** | XXXXXXXX7485 | 757.05 |

**NON-NEGOTIABLE**

# Earnings Statement

Universal Protection Service, LLC

*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA  19428*

| | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | $0 | $0.00 | Single |
| State: | 0 | $0.00 | |

**For inquiries on this statement please call: (800)260-0852**
Total Hours Worked: 40.00
Basis of Pay: Hourly

| | |
|---|---|
| Period Beg/End | 08/16/2024 - 08/22/2024 |
| Advice Date: | 08/29/2024 |
| Advice Number: | 102610054 |
| Batch Number: | 117183 |
| Employee No: | 9475922 |

Diara Graves
6630 Lotus Rd
Philadelphia, PA  19151-2344

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 980.00 | 32694.37 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 980.00 | 32694.37 |
| **Deductions** | | |
| Pre-tax | .00 | .00 |
| Taxes | 222.95 | 7354.52 |
| Additional Deductions | .00 | .00 |
| Total Deductions | 222.95 | 7354.52 |
| NET PAY | $757.05 | $25,339.85 |
| Federal Earnings | 980.00 | 32694.37 |
| FICA Earnings | 980.00 | 32694.37 |

| Wages | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|
| WkEnding Type | | | | | |
| 08/22/24 Regular | 24.500 | | 40.00 | | |
| Total | | | 40.00 | .00 | .00 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| | | |

**Pre-Tax Deductions**

| Taxes | | |
|---|---|---|
| Federal W/H | 79.45 | 2564.78 |
| FICA | 60.76 | 2027.04 |
| Medicare | 14.21 | 474.05 |
| PA W/H | 30.09 | 1003.71 |
| PA SUI W/H | .69 | 22.88 |
| PA, Philadelphia Cit | 36.75 | 1226.06 |
| PA LST, Newtown Twp | 1.00 | 36.00 |
| **Additional Deductions** | | |

| Benefits | | Balance |
|---|---|---|
| Vacation | | 10.16 |

| | |
|---|---|
| Advice Number: | 102610054 |
| Advice Date: | 08/29/2024 |

**Universal Protection Service, LLC**
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Diara Graves | XXXXXXXX7485 | 757.05 |

**NON-NEGOTIABLE**

# Earnings Statement

Universal Protection Service, LLC

*161 Washington Street, Suite 600*
*Eight Tower Bridge*
Conshohocken, PA  19428

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | $0 | $0.00 | Single |
| State: | 0 | $0.00 | |

**For inquiries on this statement please call: (800)260-0852**

| | |
|---|---|
| Total Hours Worked: | 38.00 |
| Basis of Pay: | Hourly |

| | |
|---|---|
| Page 001 of 001 | |
| Period Beg/End | 08/23/2024 - 08/29/2024 |
| Advice Date: | 09/05/2024 |
| Advice Number: | 102844181 |
| Batch Number: | 117394 |
| Employee No: | 9475922 |

Diara Graves
6630 Lotus Rd
Philadelphia, PA  19151-2344

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 931.00 | 33625.37 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 931.00 | 33625.37 |
| **Deductions** | | |
| Pre-tax | .00 | .00 |
| Taxes | 209.93 | 7564.45 |
| Additional Deductions | .00 | .00 |
| Total Deductions | 209.93 | 7564.45 |
| NET PAY | $721.07 | $26,060.92 |
| Federal Earnings | 931.00 | 33625.37 |
| FICA Earnings | 931.00 | 33625.37 |

| Wages | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|
| WkEnding Type | | | | | |
| 08/29/24 Regular | 24.500 | | 38.00 | | |
| Total | | | 38.00 | .00 | .00 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| | | |

**Pre-Tax Deductions**

| Taxes | | |
|---|---|---|
| Federal W/H | 73.57 | 2638.35 |
| FICA | 57.72 | 2084.76 |
| Medicare | 13.50 | 487.55 |
| PA W/H | 28.58 | 1032.29 |
| PA SUI W/H | .65 | 23.53 |
| PA, Philadelphia Cit | 34.91 | 1260.97 |
| PA LST, Newtown Twp | 1.00 | 37.00 |
| **Additional Deductions** | | |

| Benefits | | Balance |
|---|---|---|
| Vacation | | 10.93 |

| | |
|---|---|
| Advice Number: | **102844181** |
| Advice Date: | **09/05/2024** |

**Universal Protection Service, LLC**
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| **Diara Graves** | XXXXXXXX7485 | 721.07 |

# NON-NEGOTIABLE

# Earnings Statement

Page 001 of 001

Universal Protection Service, LLC

*161 Washington Street, Suite 600*
*Eight Tower Bridge*
Conshohocken, PA  19428

| Period Beg/End | 08/30/2024 - 09/05/2024 |
|---|---|
| Advice Date: | 09/12/2024 |
| Advice Number: | 103089446 |
| Batch Number: | 117585 |
| Employee No: | 9475922 |

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | $0 | $0.00 | Single |
| State: | 0 | $0.00 |  |

Diara Graves
6630 Lotus Rd
Philadelphia, PA  19151-2344

**For inquiries on this statement please call: (800)260-0852**

Total Hours Worked: 30.00
Basis of Pay: Hourly

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 735.00 | 34360.37 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 735.00 | 34360.37 |
| **Deductions** | | |
| Pre-tax | .00 | .00 |
| Taxes | 157.91 | 7722.36 |
| Additional Deductions | .00 | .00 |
| Total Deductions | 157.91 | 7722.36 |
| NET PAY | $577.09 | $26,638.01 |
| Federal Earnings | 735.00 | 34360.37 |
| FICA Earnings | 735.00 | 34360.37 |

| Wages | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|
| WkEnding Type | | | | | |
| 09/05/24 Regular | 24.500 | | 30.00 | | |
| Total | | | 30.00 | .00 | .00 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|

**Pre-Tax Deductions**

| Taxes | | |
|---|---|---|
| Federal W/H | 50.05 | 2688.40 |
| FICA | 45.57 | 2130.33 |
| Medicare | 10.66 | 498.21 |
| PA W/H | 22.56 | 1054.85 |
| PA SUI W/H | .51 | 24.04 |
| PA, Philadelphia Cit | 27.56 | 1288.53 |
| PA LST, Newtown Twp | 1.00 | 38.00 |

**Additional Deductions**

| Benefits | | Balance |
|---|---|---|
| Vacation | | 11.69 |

| | Advice Number: | 103089446 |
|---|---|---|

**Universal Protection Service, LLC**
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

| | Advice Date: | 09/12/2024 |
|---|---|---|

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Diara Graves | XXXXXXXX7485 | 577.09 |

**NON-NEGOTIABLE**

**Earnings Statement**

Universal Protection Service, LLC

*161 Washington Street, Suite 600*
*Eight Tower Bridge*
Conshohocken, PA 19428

| | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | $0 | $0.00 | Single |
| State: | 0 | $0.00 | |

**For inquiries on this statement please call: (800)260-0852**

Total Hours Worked: 33.00
Basis of Pay: Hourly

Page 001 of 001
Period Beg/End    09/06/2024 - 09/12/2024
Advice Date:    09/19/2024
Advice Number:    103324415
Batch Number:    117797
Employee No:    9475922

Diara Graves
6630 Lotus Rd
Philadelphia, PA 19151-2344

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 808.50 | 35168.87 |
| Misc Income/Adj | .00 | .00 |
| Total Gross Pay | 808.50 | 35168.87 |
| **Deductions** | | |
| Pre-tax | .00 | .00 |
| Taxes | 177.43 | 7899.79 |
| Additional Deductions | .00 | .00 |
| Total Deductions | 177.43 | 7899.79 |
| NET PAY | $631.07 | $27,269.08 |
| Federal Earnings | 808.50 | 35168.87 |
| FICA Earnings | 808.50 | 35168.87 |

| Wages | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|
| WkEnding Type | | | | | |
| 09/12/24 Regular | 24.500 | | 33.00 | | |
| | | Total | 33.00 | .00 | .00 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| | | |
| **Pre-Tax Deductions** | | |

| Taxes | | |
|---|---|---|
| Federal W/H | 58.87 | 2747.27 |
| FICA | 50.13 | 2180.46 |
| Medicare | 11.72 | 509.93 |
| PA W/H | 24.82 | 1079.67 |
| PA SUI W/H | .57 | 24.61 |
| PA, Philadelphia Cit | 30.32 | 1318.85 |
| PA LST, Newtown Twp | 1.00 | 39.00 |
| **Additional Deductions** | | |

| Benefits | | Balance |
|---|---|---|
| Vacation | | 12.46 |

Advice Number:    103324415

**Universal Protection Service, LLC**
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA 19428**

Advice Date:    09/19/2024

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Diara Graves | XXXXXXXX7485 | 631.07 |

**NON-NEGOTIABLE**

# Earnings Statement

Page 001 of 001

Universal Protection Service, LLC

*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA  19428*

| Period Beg/End | 09/20/2024 - 09/26/2024 |
| Advice Date: | 10/03/2024 |
| Advice Number: | 103809032 |
| Batch Number: | 118240 |
| Employee No: | 9475922 |

| | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | $0 | $0.00 | Single |
| State: | 0 | $0.00 | |

Diara Graves
6630 Lotus Rd
Philadelphia, PA  19151-2344

**For inquiries on this statement please call: (800)260-0852**

Total Hours Worked: 40.00
Basis of Pay: Hourly

| Gross Pay | Current | YearToDate | | Misc Income/Adj | Current | YearToDate |
|---|---|---|---|---|---|---|
| Wages | 980.00 | 37128.87 | | | | |
| Misc Income/Adj | .00 | .00 | | | | |
| Total Gross Pay | 980.00 | 37128.87 | | | | |
| **Deductions** | | | | | | |
| Pre-tax | .00 | .00 | | | | |
| Taxes | 222.95 | 8345.69 | | **Pre-Tax Deductions** | | |
| Additional Deductions | .00 | .00 | | | | |
| Total Deductions | 222.95 | 8345.69 | | | | |
| NET PAY | $757.05 | $28,783.18 | | | | |
| Federal Earnings | 980.00 | 37128.87 | | | | |
| FICA Earnings | 980.00 | 37128.87 | | | | |

| Wages | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|
| WkEnding Type | | | | | |
| 09/26/24 Regular | 24.500 | | 40.00 | | |
| | Total | 40.00 | .00 | .00 | |

**Taxes**

| | Current | YearToDate |
|---|---|---|
| Federal W/H | 79.45 | 2906.17 |
| FICA | 60.76 | 2301.98 |
| Medicare | 14.21 | 538.35 |
| PA W/H | 30.09 | 1139.85 |
| PA SUI W/H | .69 | 25.99 |
| PA, Philadelphia Cit | 36.75 | 1392.35 |
| PA LST, Newtown Twp | 1.00 | 41.00 |
| **Additional Deductions** | | |

| Benefits | | Balance |
|---|---|---|
| Vacation | | 14.00 |

| | | Advice Number: | 103809032 |
|---|---|---|---|

**Universal Protection Service, LLC**
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA  19428**

Advice Date: 10/03/2024

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| **Diara Graves** | XXXXXXXX7485 | 757.05 |

**NON-NEGOTIABLE**