UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     DIARA SAKINA GRAVES <br><br>     Debtor | Chapter 13 <br><br> Bankruptcy No. 24-13586-PMM |

### TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.    Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.    The within case was commenced by the filing of a Chapter 13 petition on 10/04/2024.

3.    This Motion to Dismiss has been filed for the following reason(s):

- Debtor(s) has/have failed to comply with 11 U.S.C. Section 521(a)(1)(B)(iv) by not filing copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition by debtor(s) from any employer of debtor(s).

- There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1).

    WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 11/18/2024                          Respectfully submitted,

                                                 */s/ Kenneth E. West, Esq.*
                                                 Kenneth E. West, Esq.
                                                 Standing Chapter 13 Trusteee
                                                 P.O. Box 40837
                                                 Philadelphia, PA  19107
                                                 Telephone: (215) 627-1377