| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Diara** | **Sakina** | **Graves** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of Pennsylvania** | |
| Case number (if known) | **24-13586** | | |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J

# Schedule J: Your Expenses

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent.............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Child | 19 | ☐ No. ☑ Yes. |
   | Child | 13 | ☐ No. ☑ Yes. |
   | Child | 11 | ☐ No. ☑ Yes. |
   | | | ☐ No. ☐ Yes. |
   | | | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$1,459.00** |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | **$0.00** |
| 4b. Property, homeowner's, or renter's insurance | 4b. | **$0.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$0.00** |
| 4d. Homeowner's association or condominium dues | 4d. | **$0.00** |

| Debtor 1 | **Diara** | **Sakina** | **Graves** | Case number *(if known)* __24-13586__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | **Your expenses** |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans    5. | **$0.00** |
| 6. | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas    6a. | **$130.00** |
| | 6b.  Water, sewer, garbage collection    6b. | **$50.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services    6c. | **$90.00** |
| | 6d.  Other. Specify: _____    6d. | **$0.00** |
| 7. | **Food and housekeeping supplies**    7. | **$422.00** |
| 8. | **Childcare and children's education costs**    8. | **$100.00** |
| 9. | **Clothing, laundry, and dry cleaning**    9. | **$45.19** |
| 10. | **Personal care products and services**    10. | **$0.00** |
| 11. | **Medical and dental expenses**    11. | **$0.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.    12. | **$200.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. | **$0.00** |
| 14. | **Charitable contributions and religious donations**    14. | **$0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance    15a. | **$0.00** |
| | 15b. Health insurance    15b. | **$0.00** |
| | 15c. Vehicle insurance    15c. | **$350.00** |
| | 15d. Other insurance. Specify: _____    15d. | **$0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____    16. | **$0.00** |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1    17a. | **$0.00** |
| | 17b. Car payments for Vehicle 2    17b. | **$0.00** |
| | 17c. Other. Specify: _____    17c. | **$0.00** |
| | 17d. Other. Specify: _____    17d. | **$0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).**    18. | **$0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____    19. | **$0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | |
| | 20a. Mortgages on other property    20a. | **$0.00** |
| | 20b. Real estate taxes    20b. | **$0.00** |
| | 20c. Property, homeowner's, or renter's insurance    20c. | **$0.00** |
| | 20d. Maintenance, repair, and upkeep expenses    20d. | **$0.00** |
| | 20e. Homeowner's association or condominium dues    20e. | **$0.00** |

| Debtor 1 | **Diara** | **Sakina** | **Graves** | Case number *(if known)* **24-13586** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | |
|---|---|---|---|
| 21. | **Other.** Specify: _____ | 21. + | **$0.00** |
| 22. | **Calculate your monthly expenses.** | | |
| | 22a. Add lines 4 through 21. | 22a. | **$2,846.19** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | **$0.00** |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$2,846.19** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 (your combined monthly income) from *Schedule I*. | 23a. | **$3,143.48** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. – | **$2,846.19** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | **$297.29** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Diara** | **Sakina** | **Graves** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Eastern District of Pennsylvania** | | |
| Case number (if known) | **24-13586** | | |

☑ Check if this is an amended filing

## Official Form 106Dec

### Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Diara Sakina Graves**

Diara Sakina Graves, Debtor 1

Date **12/20/2024**
    MM/ DD/ YYYY

Official Form 106Dec            **Declaration About an Individual Debtor's Schedules**