UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re:<br><br>　　　Veronica Redd<br><br><br><br>　　　　　Debtor | Chapter 13<br>Bankruptcy No. 24-11847-AMC |

**Certificate of Service**

I certify that on this date, I did cause a copy of the document described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- Second Amended Chapter 13 Plan

Date: February 19, 2025

*/s/ Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com