## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| Diara Sakina Graves, | |
| **Debtor.** | **CASE NO. 24-13586-AMC** |

**Praecipe to Withdraw Document**

To the Clerk of Court:

Please withdraw the Second Amended Chapter 13 Plan which was filed with the Court on February 19, 2025, as ECF No. 23. Thank you.

Date: February 19, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com