# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      CHAPTER 13

Diara Sakina Graves
              Debtor                         BANKRUPTCY NO. 24-13586 DJB

## PRAECIPE TO WITHDRAW TRUSTEE'S RECOMMENDATION OF CONFIRMATION

       Kindly withdraw the Chapter 13 Trustee's Recommendation of Confirmation which was filed on March 6, 2025.

                                                   Respectfully submitted,

                                                   /s/ Kenneth E. West

Date: March 12, 2025                            _____
                                                   Kenneth E. West, Esquire
                                                   Chapter 13 Standing Trustee