United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-13586-djb

Diara Sakina Graves  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 28, 2025 | Form ID: 155 | Total Noticed: 54 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diara Sakina Graves, 6630 Lotus Road, Philadelphia, PA 19151-2344 |
| 14933687 | + | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 14933707 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14933715 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 14933720 | | World Omni Financial Corp, Attn: Bankruptcy 250 Jim Moran Blvd, Deerfield Beach, FL 33442 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14933683 | Email/Text: bncnotifications@pheaa.org | Mar 29 2025 00:07:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14933684 | Email/Text: bncnotifications@pheaa.org | Mar 29 2025 00:07:00 | AES/PNC Bank, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14946999 | Email/PDF: bncnotices@becket-lee.com | Mar 29 2025 00:30:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14933685 | Email/PDF: bncnotices@becket-lee.com | Mar 29 2025 00:29:58 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14933686 | Email/Text: BKelectronicnotices@cenlar.com | Mar 29 2025 00:07:00 | Cenlar, Attn: Centralized Bankruptcy 425 Phillip, Ewing, NH 08618 |
| 14933690 | Email/Text: megan.harper@phila.gov | Mar 29 2025 00:07:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14982110 | Email/Text: megan.harper@phila.gov | Mar 29 2025 00:07:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14957063 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2025 00:16:39 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14933688 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2025 00:30:23 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14933689 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2025 00:16:39 | Citicard, Citicorp Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14933691 | Email/Text: bankruptcy@philapark.org | Mar 29 2025 00:07:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14933692 | Email/PDF: creditonebknotifications@resurgent.com | Mar 29 2025 00:17:22 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14933693 | Email/Text: mrdiscen@discover.com | Mar 29 2025 00:07:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14938064 | | Email/Text: mrdiscen@discover.com | Mar 29 2025 00:07:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14933694 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Mar 29 2025 00:30:04 | Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016-6008 |
| 14933695 | ^ | MEBN | Mar 28 2025 23:59:16 | FedLoan Servicing, Po Box 82561, Lincoln, NE 68501-2561 |
| 14933696 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 29 2025 00:07:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14933697 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 29 2025 00:07:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14933698 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 29 2025 00:07:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14939612 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 29 2025 00:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14933699 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 29 2025 00:30:55 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14937531 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2025 00:16:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14933700 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 29 2025 00:07:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 14947473 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 29 2025 00:07:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14933701 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 29 2025 00:16:32 | Navient, Attn: Claims/Bankruptcy, PO Box 9635, Wilkes-Barre, PA 18773-9635 |
| 14933702 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 29 2025 00:07:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrified, VA 22119-3000 |
| 14933703 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 29 2025 00:07:00 | Navy Federal Cr Union, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 14933704 | | Email/Text: fesbank@attorneygeneral.gov | Mar 29 2025 00:07:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14959098 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 29 2025 00:07:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 14933705 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 29 2025 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14933706 | ^ | MEBN | Mar 28 2025 23:59:11 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14933708 | | Email/Text: bankruptcy@philapark.org | Mar 29 2025 00:07:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14933709 | + | Email/Text: bankruptcy1@pffcu.org | Mar 29 2025 00:07:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14933710 | + | Email/Text: bankruptcy1@pffcu.org | Mar 29 2025 00:07:00 | Police & Fire FCU, Attn: Bankruptcy 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 14938657 | + | Email/Text: bankruptcy1@pffcu.org | Mar 29 2025 00:07:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14939590 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2025 00:07:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14958521 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 24-13586-djb   Doc 37   Filed 03/30/25   Entered 03/31/25 00:32:48   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 28, 2025 | Form ID: 155 | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 29 2025 00:16:29 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14933711 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 29 2025 00:07:00 | Santander Consumer USA Inc., Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14933712 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 29 2025 00:17:00 | Syncb/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14958525 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 29 2025 00:16:53 | Synchrony Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14933713 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 29 2025 00:16:27 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14933714 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 29 2025 00:07:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14948138 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 29 2025 00:07:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14933716 | | Email/Text: bknotice@upgrade.com | Mar 29 2025 00:07:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 14959001 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 29 2025 00:07:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14933717 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 29 2025 00:07:00 | US Bank/RMS, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 14943793 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 29 2025 00:07:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14933718 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 29 2025 00:17:33 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 14933719 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 29 2025 00:16:39 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, PO box 10335, Des Moines, IA 50306-0335 |

TOTAL: 49

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14947000 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14939938 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14939939 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 28, 2025 | Form ID: 155 | Total Noticed: 54 |
| Date: Mar 30, 2025 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Diara Sakina Graves help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Diara Sakina Graves )  Case No. 24−13586−djb
)
)
Debtor(s). )  Chapter: 13
)
)

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: March 27, 2025
                                                      For The Court

                                                      Derek J Baker
                                                      Judge, United States Bankruptcy Court